UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEBER NOE LOPEZ SOLIMAN,

Plaintiff,

-v-

ST. RITA CORP., MIKE MAI, and FERMIN DOE,

Defendants.

20 Civ. 3933 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 24, 2020, the parties submitted a proposed settlement agreement ("Agreement"), and a letter in support, Dkt. 18, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $10,412.14 to plaintiff, and $5,837.86 in attorneys' fees and costs to plaintiff's attorney, Michael Faillace and Associates, P.C. The Agreement therefore allocates one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 29, 2020
New York, New York